IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTONIO MONARREZ-CEPEDA,<br><br>*Defendant.* | CRIMINAL ACTION NO.<br>3:24-cr-00013-TES-CHW-1 |

ORDER GRANTING MOTION TO CONTINUE TRIAL
IN THE INTERESTS OF JUSTICE

Before the Court is Defendant Antonio Monarrez-Cepeda's Motion to Continue Trial in the Interest of Justice [Doc. 21]. On April 9, 2024, the Government obtained an indictment charging Defendant with one count of Illegal Reentry in violation of 8 U.S.C. § 1326(a) and (b)(1). [Doc. 1]. During his arraignment before the United States Magistrate Judge on April 17, 2024, the Federal Defenders for the Middle District of Georgia were appointed, and Defendant entered a plea of not guilty. [Doc. 13]; [Doc. 14]; [Doc. 15].

Defendant seeks to continue trial because Defense counsel has not yet had the opportunity to review discover or discuss next steps in the case with Defendant. [Doc. 21, p. 2]. So that counsel will have adequate time to review discovery and discuss strategy with Defendant Monarrez-Cepeda, the Court **GRANTS** Defendant's Motion to

Continue [Doc. 21]. Accordingly, the Court **CONTINUES** this case to *July 22, 2024*, as "failure to grant . . . a continuance . . . would likely . . . result in a miscarriage of justice." *See* 18 U.S.C. § 3161(h)(7)(B)(i). The pretrial conference scheduled for April 25, 2024, is **CANCELED.**

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 25th day of April, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
